UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less than $5 for Deposit to Registry Fund

Debtor:   Timothy Dean Boerger and Mary Collette Boerger

Chapter 7 Case No.   09-41804 RJK

Please Check One:

___ Unclaimed Dividends

_X_ Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| FIRST NATIONAL BANK OF OMAHA<br>1620 DODGE STREET<br>OMAHA, NE 68105-0773 | 2 | $ 520.07 | $ 3.06 |

Date:   01/27/2010

J. Richard Stermer, Trustee

RECEIVED 10 JAN 29 AM 9:26 U.S. BANKRUPTCY COURT MINNEAPOLIS, MN